

# NUMBER 13-18-00195-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

RENAISSANCE EMERGENCY
PHYSICIANS, P.A.,                                                    Appellant,

v.

ANDY RODRIGUEZ, INDIVIDUALLY
AND AS NEXT FRIEND FOR K.R.
AND G.R. AND AS PERSONAL
REPRESENTATIVE OF THE
ESTATE OF STEPHANIE REYES,
DECEASED, RENE REYES AND
LETICIA REYES,                                                      Appellees.

---

### On appeal from the 139th District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Contreras, Longoria, and Hinojosa
### Memorandum Opinion by Justice Hinojosa

Appellant Renaissance Emergency Physicians, P.A., perfected an appeal from an interlocutory order denying its motion to dismiss the health care liability claim of appellee Andy Rodriguez, individually and as next friend for K.R. and G.R. and as personal representative of the estate of Stephanie Reyes, deceased, Rene Reyes and Leticia Reyes. Appellant has filed an unopposed motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Delivered and filed the
19th day of July, 2018.